B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    Vaso Active Pharmaceuticals, Inc.            Case No. _____
                                          Debtor(s)       Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CBG<br>1099 Rochester Road<br>Troy, MI 48083 | CBG<br>1099 Rochester Road<br>Troy, MI 48083 | | | 15,500.00 |
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | | | 4,546.55 |
| Dilworth Paxson LLP<br>1133 Connecticut Ave, NW<br>Suite 620<br>Washington, DC 20036 | Dilworth Paxson LLP<br>1133 Connecticut Ave, NW<br>Suite 620<br>Washington, DC 20036 | | | 266,618.98 |
| Iroquois Master Fund Ltd<br>641 Lexington Avenue<br>26th<br>New York, NY 10022 | Iroquois Master Fund Ltd<br>641 Lexington Avenue<br>26th<br>New York, NY 10022 | | | 1,530,000.00<br><br>(12,000.00 secured) |
| Kleinfeld, Kaplan & Becker, LLP<br>1140 Nineteenth Street, N.W.<br>Suite 900<br>Washington, DC 20036 | Kleinfeld, Kaplan & Becker, LLP<br>1140 Nineteenth Street, N.W.<br>Suite 900<br>Washington, DC 20036 | | | 6,481.25 |
| MMH Ventures Inc.<br>33 South Commercial Street<br>Manchester, NH 03101 | MMH Ventures Inc.<br>33 South Commercial Street<br>Manchester, NH 03101 | | | 871.35 |
| Pike Communications<br>100 Cummings Center<br>Suite 306L<br>Beverly, MA 01915 | Pike Communications<br>100 Cummings Center<br>Suite 306L<br>Beverly, MA 01915 | | | 206.00 |
| Portside Growth and Opportunity Fund<br>666 3rd Ave.<br>New York, NY 10017 | Portside Growth and Opportunity Fund<br>666 3rd Ave.<br>New York, NY 10017 | | | 119,469.00<br><br>(12,000.00 secured) |
| RAQ LLC<br>c/o Paramount BioCapital Asset Mgmt.<br>787 Seventh Avenue<br>48th Floor<br>New York, NY 10019 | RAQ LLC<br>c/o Paramount BioCapital Asset Mgmt.<br>787 Seventh Avenue<br>New York, NY 10019 | | | 170,000.00<br><br>(12,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.
In re  Vaso Active Pharmaceuticals, Inc. _____  Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rockmore Capital<br>150 East 58th Street<br>New York, NY 10155 | Rockmore Capital<br>150 East 58th Street<br>New York, NY 10155 | | | 215,401.00<br><br>(12,000.00 secured) |
| Smithfield Fiduciary LLC<br>c/o Highbridge Capital Management LLC<br>9 West 57th Street<br>27th Floor<br>New York, NY 10019 | Smithfield Fiduciary LLC<br>c/o Highbridge Capital Management LLC<br>9 West 57th Street<br>New York, NY 10019 | | | 1,020,000.00<br><br>(12,000.00 secured) |
| Stowe & Degon<br>95A Turnpike Road<br>Westborough, MA 01581 | Stowe & Degon<br>95A Turnpike Road<br>Westborough, MA 01581 | | | 70,850.00 |
| Terenzio Volpicelli<br>14 Pleasant Street<br>Milford, MA 01757 | Terenzio Volpicelli<br>14 Pleasant Street<br>Milford, MA 01757 | | | 2,000.00 |
| The Great Atlantic & Pacific Tea Co.<br>6449 Paysphere Circle<br>Lockbox 6449<br>Chicago, IL 60674 | The Great Atlantic & Pacific Tea Co.<br>6449 Paysphere Circle<br>Lockbox 6449<br>Chicago, IL 60674 | | | 24,529.13 |
| Vaughn & Associates PC<br>639 Granite Street<br>Braintree, MA 02184 | Vaughn & Associates PC<br>639 Granite Street<br>Braintree, MA 02184 | | | 1,710.00 |
| Verizon Wireless<br>P.O. Box 15062<br>Albany, NY 12212-5062 | Verizon Wireless<br>P.O. Box 15062<br>Albany, NY 12212-5062 | | | 711.51 |
| VNA Holdings LLC<br>99 Rosewood Drive<br>Danvers, MA 01923 | VNA Holdings LLC<br>99 Rosewood Drive<br>Danvers, MA 01923 | | | 960,000.00 |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  Vaso Active Pharmaceuticals, Inc.  
    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/11/2010            Signature  /s/ Joseph Frattaroli  
                                      Joseph Frattaroli  
                                      President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.