# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VASO ACTIVE PHARMACEUTICALS, INC., | Case No. 10 - 10855 (CSS) |
| Debtor. | |

## AMENDED[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 1, 2010 AT 2:00 P.M. (ET)

**CONTESTED MATTERS GOING FORWARD**

1. Disclosure Statement Relating to the Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 74; Filed 8/4/10].

    Related Documents:

    a. Motion of the Debtor for Entry of an Order Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 75; Filed 8/4/10].

    **b.** **First Amended Disclosure Statement Relating to the First Amended Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 82; Filed 8/31/10].**

    **c.** **First Amended Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 81; Filed 8/31/10].**

    **d.** **Notice of Filing of Amended Chapter 11 Plan of Reorganization and Amended Disclosure Statement for Vaso Active Pharmaceuticals, Inc. Filed by the Debtor (Redlines Attached) [Docket No. 83; Filed 8/31/10].**

    Objection Deadline: August 25, 2010 at 4:00 p.m.

    Objections Received:

    e. Objection of Secured Noteholders to the Debtors' Disclosure Statement, Pursuant to 11 U.S.C. § 1125, With Respect to Chapter 11 Plan of Vaso Active Pharmaceuticals, Inc. [Docket No. 78; Filed 8/25/10].

    f. Informal Comments of the Office of the United States Trustee.

    **g.** **Informal Comments of the Securities and Exchange Commission.**

---

[1] Amendments to the agenda are shown in bold type.

Status: This matter is going forward.

2. Application of the Debtor for an Order Approving the Retention of Financial Heritage Holdings, LLC, as Financial Advisor *Nunc Pro Tunc* to July 6, 2010, Pursuant to 11 U.S.C. §§ 327(a), 328(a) and 1107 and Bankruptcy Rule 2014(a) and Request for Waiver of Certain Requirements Under Del. Bankr. L.R. 2016-2(d) and 2016-2(g) [Docket No. 76; Filed 8/9/10].

   Related Documents:

   Objection Deadline: August 25, 2010 at 4:00 p.m.

   Objections Received:

   a. Informal Comments of the Office of the United States Trustee.

   Status: The Office of the United States Trustee provided comments to the form of order. The Debtor will submit a revised form of order prior to the hearing. This matter is going forward.

3. Motion of the Debtor for Entry of an Order (A) Setting the Bar Dates for Filing Proofs of Claim, (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [Docket No. 77; Filed 8/9/10].

   Related Documents:

   Objection Deadline: August 25, 2010 at 4:00 p.m.

   Objections Received:

   a. Informal Comments of the Office of the United States Trustee.

   Status: The Office of the United States Trustee provided comments to the form of order. The Debtor will submit a revised form of order prior to the hearing. This matter is going forward.

Dated: August **31**, 2010
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Winter*
Michael R. Lastowski (No. 3892)
Christopher M. Winter (No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Email: cmwinter@duanemorris.com
      mlastowski@duanemorris.com
and

Thomas H. Curran
Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Email: tcurran@haslaw.com
      jdoran@haslaw.com

*Attorneys for the Debtor and Debtor in Possession*