# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VASO ACTIVE PHARMACEUTICALS, INC., | Case No. 10 - 10855 (CSS) |
| Debtor. | |

## AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 15, 2010 AT 2:00 P.M. (ET)

**MATTERS GOING FORWARD**

1. First Amended Disclosure Statement Relating to the First Amended Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 82; Filed 8/31/10].

   Related Documents:

   a. Disclosure Statement Relating to the Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 74; Filed 8/4/10].

   b. Motion of the Debtor for Entry of an Order Approving the Disclosure Statement Relating to the Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 75; Filed 8/4/10].

   c. First Amended Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc. [Docket No. 81; Filed 8/31/10].

   d. Notice of Filing of Amended Chapter 11 Plan of Reorganization and Amended Disclosure Statement for Vaso Active Pharmaceuticals, Inc. Filed by the Debtor (Redlines Attached) [Docket No. 83; Filed 8/31/10].

   Objection Deadline: August 25, 2010 at 4:00 p.m.

   Objections Received:

   e. Objection of Secured Noteholders to the Debtors' Disclosure Statement, Pursuant to 11 U.S.C. § 1125, With Respect to Chapter 11 Plan of Vaso Active Pharmaceuticals, Inc. [Docket No. 78; Filed 8/25/10].

   f. Informal Comments of the Office of the United States Trustee.

   g. Informal Comments of the Securities and Exchange Commission.

Status: This matter is going forward.

Dated: September 13, 2010
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Winter*
Michael R. Lastowski (No. 3892)
Christopher M. Winter (No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Email: cmwinter@duanemorris.com
      mlastowski@duanemorris.com
and

Thomas H. Curran
Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Tel: (617) 345-9000
Email: tcurran@haslaw.com
      jdoran@haslaw.com

*Attorneys for the Debtor and Debtor in Possession*