# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VASO ACTIVE PHARMACEUTICALS, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 10-10855 (CSS) |

## STATUS REPORT OF THE CHAPTER 7 TRUSTEE

David W. Carickhoff, the chapter 7 trustee (the "Trustee") of the estate of Vaso Active Pharmaceuticals, Inc. (the "Debtor"), hereby files this status report in the above-captioned chapter 7 case:

1. On March 11, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On November 12, 2010, the Court entered its *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Chapter 11 Plan of Reorganization for Vaso Active Pharmaceuticals, Inc.* [Dkt No. 116] (the "Confirmation Order").

3. Jeoffrey L. Burtch was appointed as the Avoidance Action Trustee (the "AA Trustee") pursuant to the Confirmation Order. Thereafter, the AA Trustee filed certain adversary proceedings, including Adv. Pro. No. 11-52005 (the "Masiz and Frattaroli Proceeding").

4. On July 11, 2016, the Court entered an order converting the Debtor's chapter 11 case to a case under chapter 7.

5. On July 14, 2016, the Trustee was appointed as chapter 7 trustee of the Debtor's estate pursuant to section 701(a) of the Bankruptcy Code.

6. The section 341(a) meeting of creditors was held on August 24, 2016.

7. Since his appointment, among other things, the Trustee has been investigating and collecting certain estate property. In particular, the Trustee has been collecting upon judgments obtained in the Masiz and Frattaroli Proceeding. The judgment obtained against John J. Masiz has been satisfied pursuant to a settlement agreement regarding amount and timing of the payments. The Trustee is continuing attempts to collect on the judgment obtained against Joseph F. Frattaroli.

8. In addition to his collection efforts, the Trustee is in the process of determining whether and how distributions are to be made and how to otherwise administer the estate and close this chapter 7 case.

Dated: May 2, 2018

By: /s/ Alan M. Root
Alan M. Root (No. 5427)
S. Alexander Faris (No. 6278)
ARCHER & GREINER, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE  19801
(302) 777-4350
(302) 777-4352 (fax)
aroot@archerlaw.com

*Counsel to David W. Carickhoff, Ch. 7 Trustee*

214440383v1