# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | Related Docket No.: 627 & 657 |

## ORDER REGARDING REQUEST OF RECYCLING EQUIPMENT, INC. FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Certification of Counsel Regarding the Debtors' Objection to Request of Recycling Equipment, Inc. for Payment of Administrative Expense Claim* [Docket No. 627], filed by the Debtors in the above-captioned cases; and the Court having jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334; and upon consideration of the requested relief; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § § 1408 and 1409; and it appearing that the relief requested will benefit the Debtors' estates, their creditors, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Request and the Objection are each hereby deemed withdrawn.

2. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

4.  The Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: November 8, 2016
Wilmington, Delaware

_____
Honorable Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE