## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No. 15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Feb. 2, 2017 @ 4:00 p.m.** |

**SUMMARY OF FOURTEENTH MONTHLY AND FINAL APPLICATION OF DLA PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2016 TO NOVEMBER 30, 2016 AND THE FINAL PERIOD FROM AUGUST, 9 2015 THROUGH NOVEMBER 30, 2016**

| | |
|---|---|
| Name of Applicant: | DLA Piper LLP (US) |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Sept. 14, 2015, *nunc pro tunc* to Aug. 9, 2015 [Docket No. 90] |
| Period for which compensation and reimbursement are sought: | For the Monthly Period from October 1, 2016 through November 30, 2016 and the Final Period from August 9, 2015 through November 30, 2016 |
| Amount of Compensation sought as actual, reasonable, and necessary for the period from October 1, 2016 through November 30, 2016 (the "Monthly Compensation Period"): | $103,859.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary for the Monthly Compensation Period: | $3,458.61 |

---

[1]    The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098). The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

Amount of Compensation sought as actual, reasonable, and necessary for the period from August 9, 2015 through November 30, 2016 (the "Final Compensation Period"):                    $1,818,389.00

Amount of Expense Reimbursement sought as actual, reasonable, and necessary for the Final Compensation Period:                    $56,717.61

This is a:      _X_  monthly          ___ interim    _X_  final application

The total time expended for fee or employment application preparation during the Monthly Compensation Period  is approximately 29.50 hours and the total compensation requested for fee or employment application preparation is $9,910.00.

**COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS**
**OCTOBER 1, 2016 TO NOVEMBER 30, 2016**

| Name of Professional | Position, Year Assumed Position, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stuart M. Brown | Partner; Member of the New Jersey Bar since 1988; Member of the Pennsylvania Bar since 1988; Member of the Delaware Bar since 2001; Joined the Firm in 2011. | $870.00 | 49.10 | $42,717.00 |
| Ethan H. Townsend | Associate; Member of the Delaware Bar since 2012; Joined the Firm in 2016. | $625.00 | 1.30 | $812.50 |
| Kaitlin M. Edelman | Associate; Member of the Delaware Bar since 2013; Member of the New Jersey Bar since 2013; Joined the Firm in 2014. | $505.00 | 4.50 | $2,272.50 |
| Daniel N. Brogan | Associate; Member of the Delaware Bar since 2012; Member of the New Jersey Bar since 2012; Member of the Pennsylvania Bar since 2016; Member of the Pennsylvania Bar since 2016; Joined the Firm in 2012. | $400.00 | 96.90 | $38,760.00 |
| William L. Countryman | Paralegal; Joined the Firm in 2002. | $325.00 | 1.80 | $585.00 |
| Stephanie Lisko | Paralegal; Joined the Firm in 2016. | $265.00 | 5.50 | $1,457.50 |
| Carolyn B. Fox | Paralegal; Joined the Firm in 2011. | $260.00 | 52.30 | $13,598.00 |
| Theresa Marie Pullan | Paralegal; Joined the Firm in 2013. | $260.00 | 2.10 | $546.00 |
| Sherry Faulkner | Paralegal; Joined the Firm in 2012. | $255.00 | 1.10 | $280.50 |

| Patricia Chew | Discovery Specialist; Joined the Firm in 2011. | $290.00 | 4.40 | $1,276.00 |
| Robert Gianneschi | Discovery Specialist; Joined the Firm in 2011 | $285.00 | 1.30 | $370.50 |
| Melinda F. Masters | Research Librarian; Joined the Firm in 2005 | $330.00 | 1.20 | $396.00 |
| Staci Hudson | Project Assistant; Joined the Firm in 2012. | $125.00 | 6.30 | $787.50 |

**COMPENSATION BY PROFESSIONALS AND PARAPROFESSIONALS**
**AUGUST 9, 2015 TO NOVEMBER 30, 2016**

| Name of Professional | Position, Year Assumed Position, Year Obtained Relevant License to Practice | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stuart M. Brown | Partner; Member of the New Jersey Bar since 1988; Member of the Pennsylvania Bar since 1988; Member of the Delaware Bar since 2001; Joined the Firm in 2011. | $870.00 | 1013.30 | $881,571.00 |
| | | $435.00 (travel) | 21.30 | $9,265.50 |
| Matthew F. Gorra | Partner; Member of the Maryland Bar since 1999; Joined the Firm in 1999. | $765.00 | 3.70 | $2,830.50 |
| R. Craig Martin | Partner; Member of the: Texas Bar since 1999, the District of Columbia and Pennsylvania Bars since 2001, the Delaware Bar since 2007, and the New York Bar since 2008; Joined the Firm in 2011. | $715.00 | 74.50 | $53,267.50 |
| J. Craig Cartwright | Partner; Member of the Bar of Arizona since 2000, and the Kansas Bar since 1996; Joined the Firm in 2014. | $625.00 | 25.90 | $16,187.50 |
| Henry DuPont Ridgely | Senior Counsel; Member of the Delaware Bar since 1973; Joined the Firm in 2015. | $1200.00 | 1.20 | $1,440.00 |
| Jodie Buchman | Of Counsel; Member of the Maryland Bar since 1999; and the District of Columbia Bar since 2000; Joined the Firm in 2000. | $740.00 | 95.70 | $70,818.00 |
| Daniel G. Egan | Associate; Member of the New York Bar since 2008; Joined the Firm in 2010. | $785.00 | 11.60 | $9,106.00 |

| | | | | |
|---|---|---|---|---|
| Laura D. Hatcher | Associate; Member of the Delaware Bar since 2008; Joined the Firm in 2012. | $685.00 | 69.60 | $47,676.00 |
| Daniel C. Gunther III | Associate; Member of the North Carolina Bar since 2004; Joined the Firm in 2010. | $635.00 | 3.50 | $2,222.50 |
| Ethan H. Townsend | Associate; Member of the Delaware Bar since 2012; Joined the Firm in 2016. | $625.00 | 1.50 | $937.50 |
| Kristy N. Grace | Associate; Member of the Maryland Bar since 2009; Joined the Firm in 2011. | $600.00 | 22.50 | $13.500.00 |
| David E. Avraham | Associate; Member of the Bar of Illinois since 2012; Joined the Firm in 2014. | $525.00 | 2.80 | $1,470.00 |
| Joanna Sykes-Saavedra | Associate; Member of the Pennsylvania Bar since 2010; Member of the New Jersey Bar since 2010; Joined the Firm in 2011. | $525.00 | 1.30 | $682.50 |
| Kaitlin M. Edelman | Associate; Member of the Delaware Bar since 2013; Member of the New Jersey Bar since 2013; Joined the Firm in 2014. | $505.00 | 619.50 | $312,847.50 |
| Daniel N. Brogan | Associate; Member of the Delaware Bar since 2012; Member of the New Jersey Bar since 2012; Joined the Firm in 2012. | $400.00 | 443.30 | $177,320.00 |
| Harrison S. Carpenter | Associate; Member of the Delaware Bar since 2014; Joined the Firm in 2015. | $395.00 | 94.50 | $37,327.50 |
| William L. Countryman | Paralegal; Joined the Firm in 2002. | $325.00 | 15.50 | $5,037.50 |
| Stephanie Lisko | Paralegal; Joined the Firm in 2016. | $265.00 | 5.50 | $1,457.50 |
| Carolyn B. Fox | Paralegal; Joined the Firm in 2011. | $260.00 | 473.90 | $123,214.00 |
| Theresa Marie Pullan | Paralegal; Joined the Firm in 2013. | $260.00 | 95.80 | $24,908.00 |
| Sherry Faulkner | Paralegal; Joined the Firm in 2012. | $255.00 | 2.00 | $510.00 |

| JoAnn McDonough | Paralegal; Joined the Firm in 2016. | $200.00 | 7.80 | $510.00 |
| | | $100.00 | 24.00 | $2,400.00 |
| Pamela M. Pierce | Discovery Specialist; Joined the Firm in 2009. | $370.00 | 0.70 | $259.00 |
| Patricia Chew | Discovery Specialist; Joined the Firm in 2011. | $290.00 | 29.90 | $8,671.00 |
| Jawan Green | Discovery Specialist; Joined the Firm in 2011. | $290.00 | 0.20 | $58.00 |
| Robert Gianneschi | Discovery Specialist; Joined the Firm in 2011 | $285.00 | 1.30 | $370.50 |
| Andre H. McCarthy | Discovery Specialist; Joined the Firm in 2011. | $285.00 | 3.10 | $883.00 |
| Terrence Souma | Discovery Specialist; Joined the Firm in 2015. | $285.00 | 16.50 | $4,702.50 |
| Annie Zeng | Discovery Specialist; Joined the Firm in 2012. | $285.00 | 1.20 | $342.00 |
| Jamie Furillo | Research Librarian; Joined the Firm in 2012. | $330.00 | 0.40 | $132.00 |
| Rebecca Miller | Research Librarian; Joined the Firm in 2006. | $330.00 | 1.90 | $627.00 |
| Melinda F. Masters | Research Librarian; Joined the Firm in 2005. | $330.00 | 8.40 | $2,772.00 |
| Staci Hudson | Project Assistant; Joined the Firm in 2012. | $125.00 | 15.80 | $1,975.00 |

**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2016 TO NOVEMBER 30, 2016**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Case Administration (B110) | 25.80 | $7,221.00 |
| Asset Sales and Other Disposition of Assets (B130) | 3.20 | $953.00 |
| Communications with Creditors (B150) | 0.30 | $151.50 |
| Fee and Employment Applications (B160) | 29.50 | $9,910.00 |
| Fee and Employment Objections (B170) | 1.80 | $585.00 |
| Litigation and Contested Matters (B190) | 6.70 | $3,388.00 |
| **Operations** | | |
| Business Operations / Strategic Planning (B210) | 3.30 | $1,648.00 |
| Real Estate (B250) | 5.40 | $1,978.00 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 12.00 | $4,408.00 |
| Plan and Disclosure Statement (B320) | 136.20 | $72,579.00 |
| **Discovery and Document Production** | | |
| Document/File Management (L140) | 3.60 | $1,037.50 |
| **TOTAL** | **227.80** | **$103,859.00** |

## COMPENSATION BY PROJECT CATEGORY
## AUGUST 9, 2015 TO NOVEMBER 30, 2016

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **Administration** | | |
| Case Administration (B110) | 456.90 | $161,976.50 |
| Asset Analysis and Recovery (B120) | 118.50 | $76,692.50 |
| Asset Sales and Other Disposition of Assets (B130) | 485.60 | $339,956.50 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 41.20 | $22,309.50 |
| Communications with Creditors (B150) | 135.30 | $100,167.50 |
| Fee and Employment Applications (B160) | 233.80 | $100,598.00 |
| Fee and Employment Objections (B170) | 2.50 | $1,006.00 |
| Avoidance Action Analysis (B180) | 27.00 | $13,909.00 |
| Assumption/Rejection of Contracts (B185) | 22.70 | $8,222.50 |
| Litigation and Contested Matters (B190) | 626.10 | $369,369.50 |
| Non-Working Travel (B195) | 21.30 | $9,265.50 |
| **Operations** | | |
| Business Operations / Strategic Planning (B210) | 70.30 | $50,503.00 |
| Financing (B230) | 51.60 | $38,081.50 |
| Tax Issues (B240) | 0.40 | $202.00 |
| Real Estate (B250) | 9.80 | $3,895.50 |
| Board of Directors Issues (B260) | 40.60 | $24,056.00 |
| **Claims and Plan** | | |
| Claims Administration and Objections (B310) | 86.30 | $34,481.50 |
| Plan and Disclosure Statement (B320) | 494.10 | $313,578.00 |
| General Bankruptcy Advice (B400 and B410) | 12.10 | $9,153.50 |

| Discovery and Document Production | | |
|---|---|---|
| Fact Investigation and Development (L110) | 27.70 | $15,062.00 |
| Document/File Management (L140) | 24.70 | $7,094.50 |
| Document Production (L320) | 221.10 | $118,768.50 |
| **TOTAL** | **3,209.60** | **$1,818,349.00** |

**EXPENSE SUMMARY**
**OCTOBER 1, 2016 TO NOVEMBER 30, 2016**

| Expense Category | Total Expenses |
|---|---|
| Online Research | $301.10 |
| Transcripts | $109.50 |
| Delivery Services | $1,671.34 |
| Meals | $90.00 |
| Data Storage | $306.00 |
| Off-Site Duplication | $430.32 |
| Duplicating Costs/Internal Photocopying Charges ($0.10 per page) | $550.35 |
| **TOTAL** | **$3,458.61** |

**EXPENSE SUMMARY**
**AUGUST 9, 2015 TO NOVEMBER 30, 2016**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Recording Fees | $700.00 |
| Court Costs | $1,045.40 |
| Online Research | $16,143.06 |
| Transcripts | $3,369.43 |
| Delivery Services | $10,640.03 |
| Meals | $422.56 |
| Hotel | $244.64 |
| Travel—Ground Transportation | $1,045.51 |
| Travel—Airfare | $1,334.20 |
| Data Storage | $1,692.00 |
| Document/Binder Preparation | $1,365.64 |
| Off-Site Duplication | $740.03 |
| Duplicating Costs/Internal Photocopying Charges ($0.10 per page) | $17,975.11 |
| **TOTAL** | **$56,717.61** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZLOOP, INC., *et al.*,[1] | Case No.  15-11660 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: Feb. 2, 2017 @ 4:00 p.m.** |

**FOURTEENTH MONTHLY AND FINAL APPLICATION OF DLA
PIPER LLP (US) FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN
POSSESSION FOR THE MONTHLY PERIOD FROM OCTOBER 1,
2016 TO NOVEMBER 30, 2016 AND THE FINAL PERIOD FROM
<u>AUGUST, 9 2015 THROUGH NOVEMBER 30, 2016</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>") and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 89] (the "<u>Administrative Order</u>"), and the Confirmation Order, as defined below, DLA Piper LLP (US) ("<u>DLA Piper</u>") hereby files this *Fourteenth Monthly and Final Application Of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Monthly Period from October 1, 2016 to November 30, 2016 and the Final Period from August, 9 2015 Through November 30, 2016* (the "<u>Application</u>").   By this Application, DLA Piper seeks allowance of $103,859.00 as compensation and $3,458.61 for

---

[1]     The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  ZLOOP, Inc. (2960); ZLOOP Nevada, LLC (7516); and ZLOOP Knitting Mill, LLC (7098).  The location of the Debtors' headquarters and the service address for each of the Debtors is 816 13th Street NE, Hickory, NC 28601.

reimbursement of actual and necessary expenses for a total of $107,317.61 for the period from October 1, 2016 through and including November 30, 2016 (the "Monthly Compensation Period") and final allowance of compensation of $1,818,349.00 and reimbursement of actual and necessary expenses of $56,717.61 for the period from August 9, 2015 through November 30, 2016 (the "Final Compensation Period"). In support of this Application, DLA Piper respectfully represents as follows:

## BACKGROUND

1.     On August 9, 2015 (the "Petition Date"), ZLOOP, Inc. and certain of its subsidiaries (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2.     DLA Piper was retained effective *nunc pro tunc* as of the Petition Date by this Court's Order dated September 14, 2015 [Docket No. 90] (the "Retention Order").   The Retention Order authorized DLA Piper to be compensated on an hourly basis at its standard rates and to be reimbursed for its actual and necessary out-of-pocket expenses.

3.     On October 25, 2016, this Court entered the *Order Confirming and Approving on a Final Basis Debtors' Modified Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 638] (the "Confirmation Order"), and the Debtors' plan went effective on December 1, 2016 (*see* Docket No. 681).

## COMPENSATION PAID AND ITS SOURCE

4.     All services for which compensation is requested by DLA Piper were performed on behalf of or for the benefit of the Debtors and their estates.

5.     During the period covered by this Application, DLA Piper has received no payment, and no promises for payment from any source other than the Debtors, for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by

this Application.  There is no agreement or understanding between DLA Piper and any other person, other than the partners of DLA Piper, for the sharing of compensation to be received for services rendered in these cases.

## FEE STATEMENTS

6.      The fee statement for the Monthly Compensation Period is attached hereto as Exhibit A.  The fee statements for DLA Piper for the months prior to October 2016 during the Final Compensation Period were attached as "Exhibit A" to the monthly fee applications previously filed in these cases by DLA Piper and are incorporated by reference as though fully set forth herein.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional for applicable period.  To the best of DLA Piper's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Rule 2016-2 of the Local Rules and the Administrative Order.

### Actual and Necessary Expenses

7.      A summary of actual and necessary expenses and daily logs of expenses incurred by DLA Piper during the Monthly Compensation Period is attached hereto as Exhibit B. Summaries of actual and necessary expenses and daily logs of expenses incurred by DLA Piper for the months prior to October 2016 during the Final Compensation Period were attached as "Exhibit B" to the monthly fee applications previously filed in these cases by DLA Piper and are incorporated by reference as though fully set forth herein.  DLA Piper charges its bankruptcy clients $.10 per page for black-and-white photocopying expenses.  DLA Piper does not charge its bankruptcy clients for local or long-distance carrier charges for outgoing facsimile transmissions.

8.      DLA Piper believes the foregoing rates are the market rates that the majority of law firms charges clients for such services.  In addition, DLA Piper believes that such charges

are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

<b><u>SUMMARY OF SERVICES RENDERED</u></b>

9.      The partners and associates of DLA Piper, who rendered professional services in these cases during the Monthly Compensation Period are: Stuart M. Brown (Partner), Ethan H. Townsend (Associate), Kaitlin M. Edelman (Associate), and Daniel N. Brogan (Associate).

10.     The partners and associates of DLA Piper, who rendered professional services in these cases during the Final Compensation Period are: Stuart M. Brown (Partner), Matthew F. Gorra (Partner), R. Craig Martin (Partner), J Craig Cartwright (Partner), Henry DuPont Ridgely (Senior Counsel), Jodie Buchman (Of Counsel), Daniel G. Egan (Associate), Laura D. Hatcher (Associate), Daniel C. Gunter III (Associate), Ethan H. Townsend (Associate), Kristy N. Grace (Associate), David E. Avraham (Associate), Joanna Sykes-Saavedra (Associate), Kaitlin M. Edelman (Associate), Daniel N. Brogan (Associate) and Harrison S. Carpenter (Associate).

11.     The DLA Piper paraprofessionals, who provided services to these attorneys and to or for the benefit of the Debtors' estates in these cases during the Monthly Compensation Period are: Carolyn B. Fox (Paralegal), Theresa Marie Pullan (Paralegal), Stephanie Lisko (Paralegal), William L. Countryman (Paralegal), Sherry Faulkner (Paralegal), JoAnn McDonough (Paralegal), Pamela M. Pierce (Discovery Specialist), Patricia Chew (Discovery Specialist), Jawan Green (Discovery Specialist), Robert Gianneschi (Discovery Specialist), Andre H. McCarthy (Discovery Specialist), Terrence Souma (Discovery Specialist), Annie Zeng (Discovery Specialist), Jamie Furillo (Research Librarian), Melinda F. Masters (Research Librarian), Rebecca M. Miller (Research Librarian) and Staci Hudson (Project Assistant).

12.     The DLA Piper paraprofessionals, who provided services to these attorneys and to or for the benefit of the Debtors' estates in these cases during the Final Compensation Period are: Carolyn B. Fox (Paralegal), Theresa Marie Pullan (Paralegal), Stephanie Lisko (Paralegal), William L. Countryman (Paralegal), Sherry Faulkner (Paralegal), Patricia Chew (Discovery Specialist), Robert Gianneschi (Discovery Specialist), Melinda F. Masters (Research Librarian) and Staci Hudson (Project Assistant).

13.     DLA Piper, by and through the above-named persons, has prepared or assisted in the preparation of various motions, applications and orders submitted to this Court, and other courts where litigation involving the Debtors is pending, attended hearings before the Court and meetings with the United States Trustee and creditors, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services, which are described in detail below.

<u>**SUMMARY OF SERVICES BY PROJECT CATEGORY**</u>

14.     The services rendered by DLA Piper during the Monthly Compensation Period and the Final Compensation Period can be grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided during the Monthly Compensation Period set forth on Exhibit A and during the Final Compensation as set forth on the fee statements that were attached as "Exhibit A" to each of the monthly fee applications previously filed by DLA Piper in these cases.  These statements contain daily time logs describing the time spent by each attorney and paraprofessional for these periods.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the fee statements that were attached as "Exhibit A" to each of the monthly fee applications previously filed in these cases.

A.    **Case Administration**

    **Monthly Compensation Period: Fees: $7,221.00; Total Hours: 25.80**

    **Final Compensation Period: Fees:  $161,976.50; Total Hours:  456.90**

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, preparation of certifications of counsel or certificate of no objections, agenda letters, preparation of hearing binders, review of work in progress reports, review of notices of appearance and maintaining service lists.

B.    **Asset Analysis and Recovery**

    **Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

    **Final Compensation Period: Fees:  $76,692.50; Total Hours:  118.50**

This category includes all matters related to and including identification, review and analysis of the debtors' potential assets, including causes of action and recovery of such assets from third parties by means other than litigation.

C.    **Asset Sales and Other Disposition of Assets**

    **Monthly Compensation Period: Fees: $953.00; Total Hours: 3.20**

    **Final Compensation Period: Fees:  $339,956.50; Total Hours:  485.60**

This category includes all matters related to and including asset sales, procedures for asset sales, abandonment and transaction work related to asset disposition, including, but not limited to, matters related to the sales of the Debtors' real estate assets.

**D.**    **Adequate Protection Proceedings / Relief from Stay**

**Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

**Final Compensation Period: Fees:  $22,309.50; Total Hours:  41.20**

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay on pending matters and all other types of actions where adequate protection is the central issue.

**E.**    **Meetings and Communications with Creditors**

**Monthly Compensation Period: Fees: $151.50; Total Hours: 0.30**

**Final Compensation Period: Fees:  $100,167.50; Total Hours:  135.30**

This category includes all matters related to preparing for and attending meetings and communications with the creditors' committees and statutory committees.

**F.**    **Fee and Employment Applications**

**Monthly Compensation Period: Fees: $9,910.00; Total Hours: 29.50**

**Final Compensation Period: Fees:  $100,598.00; Total Hours:  233.80**

This category includes all matters relating to retention of various professionals on behalf of the debtors and the creditors' committees and all matters relating to submission, preparation and prosecution of fee applications filed by professionals retained by the debtors and creditors' committees, including discussions with the U.S. Trustee on fee related matters.

**G.**    **Fee and Employment Objections**

**Monthly Compensation Period: Fees: $585.00; Total Hours: 1.80**

**Final Compensation Period: Fees:  $1,006.00; Total Hours:  2.50**

This category includes all matters relating to objections to fee applications filed by professionals retained by the debtors and creditors' committees, including discussions with the U.S. Trustee on fee related matters

**H.**    <u>**Avoidance Action Analysis**</u>

**Monthly Compensation Period: Fees: $0; Total Hours: 0.00**

**Final Compensation Period: Fees:  $13,909.00; Total Hours:  27.00**

This category includes all matters relating to and including analysis of estate avoidance causes of action.

**I.**    <u>**Executory Contracts and Leases**</u>

**Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

**Final Compensation Period: Fees:  $8,222.50; Total Hours:  22.70**

This category includes all matters relating to and including analysis of executory contracts and unexpired leases and preparation of motions related to such leases and contracts, including settlement negotiations with various landlords and drafting stipulations related to same.

**J.**    <u>**Litigation and Contested Matters**</u>

**Monthly Compensation Period: Fees: $3,388.00; Total Hours: 6.70**

**Final Compensation Period: Fees:  $369,369.50; Total Hours:  626.10**

This category includes all matters relating to and including analysis and preparation for all litigation and other contested matters, including, without limitation, investigating various causes of action and drafting complaints related to potential adversary proceedings, drafting motions and other papers related to removal of state court proceedings to Federal Court and transfer of venue of litigation involving the Debtors currently pending in various courts in Texas, Louisiana and North Carolina, and coordinating with local counsel in each of those actions with respect to such pleadings.

K. **Non-Working Travel**

**Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

**Final Compensation Period: Fees:  $9,265.50; Total Hours:  21.30**

This category includes all non-working travel time which is billed at 50% of the hourly rate.

L. **Business Operations / Strategic Planning**

**Monthly Compensation Period: Fees: $1,648.00; Total Hours: 3.30**

**Final Compensation Period: Fees:  $50,503.00; Total Hours:  70.30**

This category includes all issues relating to general debtor in possession operations in chapter 11, including, without limitation, the preparation and filing of the Debtors' operating reports and meetings between the Debtors and their professionals to develop a business strategy for the Debtors' cases, and with vendors and customers.

M. **Financing**

**Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

**Final Compensation Period: Fees:  $38,081.50; Total Hours:  51.60**

This category includes all matters under sections 361, 363 and 364 of the Bankruptcy Code, including obtaining authority to use cash collateral, if any, and litigation relating to the objection filed to the use of such cash collateral.  This category also includes the exploration of alternative sources of financing for the Debtors' bankruptcy cases.

N. **Tax Issues**

**Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

**Final Compensation Period: Fees:  $202.00; Total Hours:  0.40**

This category includes all matters relating to and including review of the Debtors' state and federal taxes and related issues.

O.    **Real Estate**

**Monthly Compensation Period: Fees: $1,978.00; Total Hours: 5.40**

**Final Compensation Period: Fees:  $3,895.50; Total Hours:  9.80**

This category includes all matters relating to and including review and analysis of real estate related matters.

P.    **Board of Directors Matters**

**Monthly Compensation Period: Fees: $0.00; Total Hour.00**

**Final Compensation Period: Fees:  $24,056.00; Total Hours:  40.60**

This category includes all matters related to Debtors' investigation and retention of their Chief Restructuring Officer and related discussions with the Committee.

Q.    **Claims Administration and Objections**

**Monthly Compensation Period: Fees: $4,408.00; Total Hours: 12.00**

**Final Compensation Period: Fees:  $34,481.50; Total Hours:  86.30**

This category includes all matters related to claims administration matters and bar date matters, including claims objections and related contested matters including, but not limited to the gift card claim objection.

R.    **Plan and Disclosure Statement**

**Monthly Compensation Period: Fees: $72,579.00; Total Hours: 136.20**

**Final Compensation Period: Fees:  $313,578.00; Total Hours:  494.10**

This category includes all matters related to the development and drafting of the Debtors' plan of liquidation and disclosure statement and discussions and negotiations with various constituencies regarding the terms of a potential plan, including the negotiation regarding and the preparation and filing of the proposed combined plan and disclosure statement.

S.      **Bankruptcy Related Advice and General Bankruptcy Advise**

     **Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

     **Final Compensation Period: Fees:  $9,153.50; Total Hours:  12.10**

This category includes all matters related to the advising the Debtors' in their bankruptcy cases that do not fall under another category.

T.      **Fact Investigation**

     **Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

     **Final Compensation Period: Fees:  $15,067.00; Total Hours:  27.70**

This category includes all time spent gathering the significant number of documents related to the requests propounded by the Office of the United States Trustee, the Committee and Mosing and investigations related thereto.

U.      **Document and File Management**

     **Monthly Compensation Period: Fees: $1,037.50; Total Hours: 3.60**

     **Final Compensation Period: Fees:  $7,094.50; Total Hours:  24.70**

This category includes all time spent organizing and maintaining the significant number of documents related to the requests propounded by the Office of the United States Trustee, the Committee and Mosing.

V.      **Document Production**

     **Monthly Compensation Period: Fees: $0.00; Total Hours: 0.00**

     **Final Compensation Period: Fees:  $178,768.50; Total Hours:  221.10**

This category includes all matters related to the Debtors' review of requests propounded by the Office of the United States Trustee, the Committee and Mosing and Debtors' review and production of such documents, including, without limitation, those documents produced by the Debtors at the request of the Office of the United States Trustee and the Committee.

**Valuation of Services**

15.    Attorneys and paraprofessionals of DLA Piper have expended a total of 227.80 hours in connection with their representation of the Debtors during the Monthly Compensation Period, as follows:

| Name of Professional | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Stuart M. Brown | $870.00 | 49.10 |
| Ethan H. Townsend | $625.00 | 1.30 |
| Kaitlin M. Edelman | $505.00 | 4.50 |
| Daniel N. Brogan | $400.00 | 96.90 |
| William L. Countryman | $325.00 | 1.80 |
| Stephanie Lisko | $265.00 | 5.50 |
| Carolyn B. Fox | $260.00 | 52.30 |
| Theresa Marie Pullan | $260.00 | 2.10 |
| Sherry Faulkner | $255.00 | 1.10 |
| Patricia Chew | $290.00 | 4.40 |
| Robert Gianneschi | $285.00 | 1.30 |
| Melinda F. Masters | $330.00 | 1.20 |
| Staci Hudson | $125.00 | 6.30 |

The nature of the work performed by these professionals is fully set forth in <u>Exhibit A</u> attached hereto.  This Application is based on DLA Piper's normal hourly rates for work of this character.  The reasonable value of the services rendered by DLA Piper to the Debtors during the Monthly Compensation Period is $103,859.00.   The blended billing rate of DLA Piper professionals and paraprofessionals during the Monthly Compensation Period is approximately $455.92 per hour.

16.    Attorneys and paraprofessionals of DLA Piper have expended a total of 3,209.60 hours in connection with their representation of the Debtors during the Final Compensation Period, as follows:

| Name of Professional | Hourly Billing Rate (Including Changes) | Total Hours Billed |
|---|---|---|
| Stuart M. Brown | $870.00 | 1013.30 |
| | $435.00 (travel) | 21.30 |
| Matthew F. Gorra | $765.00 | 3.70 |
| R. Craig Martin | $715.00 | 74.50 |
| J. Craig Cartwright | $625.00 | 25.90 |
| Henry DuPont Ridgely | $1200.00 | 1.20 |
| Jodie Buchman | $740.00 | 95.70 |
| Daniel G. Egan | $785.00 | 11.60 |
| Laura D. Hatcher | $685.00 | 69.60 |
| Daniel C. Gunther III | $635.00 | 3.50 |
| Ethan H. Townsend | $625.00 | 1.50 |
| Kristy N. Grace | $600.00 | 22.50 |
| David E. Avraham | $525.00 | 2.80 |
| Joanna Sykes-Saavedra | $525.00 | 1.30 |
| Kaitlin M. Edelman | $505.00 | 619.50 |
| Daniel N. Brogan | $400.00 | 443.30 |
| Harrison S. Carpenter | $395.00 | 94.50 |
| William L. Countryman | $325.00 | 15.50 |
| Stephanie Lisko | $265.00 | 5.50 |
| Carolyn B. Fox | $260.00 | 473.90 |
| Theresa Marie Pullan | $260.00 | 95.80 |
| Sherry Faulkner | $255.00 | 2.00 |
| JoAnn McDonough | $200.00 | 7.80 |
| | $100.00 | 24.00 |
| Pamela M. Pierce | $370.00 | 0.70 |
| Patricia Chew | $290.00 | 29.90 |
| Jawan Green | $290.00 | 0.20 |
| Robert Gianneschi | $285.00 | 1.30 |
| Andre H. McCarthy | $285.00 | 3.10 |
| Terrence Souma | $285.00 | 16.50 |
| Annie Zeng | $285.00 | 1.20 |
| Jamie Furillo | $330.00 | 0.40 |
| Rebecca Miller | $330.00 | 1.90 |
| Melinda F. Masters | $330.00 | 8.40 |
| Staci Hudson | $125.00 | 15.80 |

The reasonable value of the services rendered by DLA Piper to the Debtors during the Final Compensation Period is $1,818,349.00.   The blended billing rate of DLA Piper professionals and paraprofessionals during the Monthly Compensation Period is approximately $566.53 per hour

17.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by DLA Piper is fair and reasonable given (a) the complexity of these chapter 11 cases, as well as the numerous proceedings pending in courts other than this Court, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title.   Finally, DLA Piper has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, DLA Piper respectfully requests that the Court authorize that for the (i) Monthly Compensation Period from October 1, 2016 through November 30, 2016, an allowance be made to DLA Piper pursuant to the terms of the Interim Compensation Order, with respect to the sum of $103,859.00 as compensation for the necessary professional services rendered and the sum of $3,458.61 as reimbursement of actual and necessary costs and expenses, for a total of $107,317.61 and; (ii) Final Compensation Period from August 9, 2015 through November 30, 2016, an allowance be made to DLA Piper with respect to the sum of $1,818,349.00 as compensation for necessary professional services rendered and the sum of $56,717.61 as reimbursement of actual and necessary costs and expenses, for a total of $1,875,066.61 and that such sums be authorized for payment and for such other and further relief as this Court deems just and proper.

Dated:  January 13, 2017
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Daniel N. Brogan
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
Daniel N. Brogan (DE 5723)
Kaitlin M. Edelman (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
Email:  stuart.brown@dlapiper.com
        craig.martin@dlapiper.com
        daniel.brogan@dlapiper.com
        kaitlin.edelman@dlapiper.com

*Counsel to Debtors and*
*Debtors in Possession*