OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: ZLOOP, INC.                    Bank: Iberia Bank

Bankruptcy Number: 15-11660 (KJC)             Account Number: XXXXXXX5151

Effective Date: December 1, 2016              Account Type: Checking

Reporting Period (month/year): December 1, 2016 – December 31, 2016

**Beginning Cash Balance:**                   $0.00

All receipts received by the Debtor:

Proceeds from Litigation (settlement or otherwise):   $0.00
Capital infusions pursuant to Plan:                   $243,973.98
Other:                                                $118.69 (interest income)

Total of cash received:                               $244,092.67

**Less all disbursements or payments (including payments made under the Plan) made by the Debtor:**

Disbursements made under the Plan, excluding the administrative
claims of bankruptcy professionals:                   $0.00

Disbursements made pursuant to administrative
claims of bankruptcy professionals:                   $0.00

All other disbursements made in the ordinary course:  $30,118.69

   Total Disbursements                                $30,118.69

Ending Cash Balance                                   $213,973.98

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/30/17                  [signature] Plan Administrator
Date                     Name/Title