## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ZLOOP, INC., *et al.*, | ) | Case No. 15-11660 (KJC) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

### <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

**PLEASE WITHDRAW** the appearance of Thomas F. Driscoll III, Esq. as counsel for

Marian Janes.


Dated: May 23, 2017
      Wilmington, DE                  THE BIFFERATO FIRM PA

                                      */s/ Thomas F. Driscoll III*
                                        Thomas F. Driscoll III (#4703)
                                        1007 N. Orange St., 4th Floor
                                        The Mill
                                        Wilmington, Delaware 19801
                                        Tel: (302) 225-7600

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I caused a copy of the foregoing *Notice of Withdrawal of Appearance* to be served upon the following by U.S. First Class Mail:

Daniel N. Brogan
Stuart M. Brown
Kaitlin M Edelman
DLA Piper LLP(US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Paul N. Heath
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

R. Grant Dick, IV
Cooch and Taylor P.A.
1000 West Street, 10th Floor
PO Box 1680
Wilmington, DE 19899

*/s/ Thomas F. Driscoll III*
Thomas F. Driscoll III (#4703)